cuit denied. *Mr. M. J. Martin* for petitioner. *Mr. Reese H. Harris* for respondent.

No. 481. NEW YORK, ONTARIO & WESTERN RY. CO. *v.* JONES. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. M. J. Martin* for petitioner. *Mr. Joseph F. Gunster* for respondent.

No. 482. OLD DOMINION STAGES *v.* CATES, ADMINISTRATOR. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. F. Barry, Jr.,* for petitioner. *Mr. Russell R. Kramer* for respondent.

No. 483. DUNCANSON-HARRELSON Co. *v.* DAVIDSON. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Victor H. Pinckney* for petitioner. *Messrs. Ira S. Lillick* and *Chalmers G. Graham* for respondent.

No. 484. GOWEN *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. H. A. Hauxhurst* and *Richard Inglis* for petitioner. *Solicitor General Biggs, Messrs. Sewall Key* and *H. Brian Holland,* and *Miss Helen R. Carloss* for respondent.

No. 485. HEIDEN, RECEIVER, *v.* CREMIN, TRUSTEE. November 6, 1933. Petition for writ of certiorari to the